**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

| | | |
|---|---|---|
| LORILLARD TOBACCO COMPANY; and FACTORY MUTUAL INSURANCE COMPANY, as subrogee,<br><br>Plaintiffs,<br><br>v.<br><br>TYCO INTEGRATED SECURITY, LLC, f/k/a ADT SECURITY SERVICES, INC., a subsidiary of TYCO INTERNATIONAL, LTD.; and AMED VILLA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 15-cv-1684 |

**TYCO INTEGRATED SECURITY LLC'S
NOTICE OF REMOVAL**

Defendant, an entity properly identified herein as: **Tyco Integrated Security LLC, f/k/a ADT Security Services, Inc.** ("TycoIS"), a subsidiary of Tyco International plc, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1446, hereby files its Notice of Removal of this case from the Circuit Court of Cook County, Illinois, Law Division, to this Court. The grounds for removal are as follows:

1.      Lorillard Tobacco Company ("Lorillard"), and Factory Mutual Insurance Company ("FMIC"), as subrogee (collectively "Plaintiffs") commenced a civil action by filing a Complaint on or about January 22, 2015, in Circuit Court of Cook County, Illinois, Law Division, Case Number 2015 L 000687, captioned *Lorillard Tobacco Company; and Factory Mutual Insurance Company, as subrogee vs. Tyco Integrated Security, LLC, f/k/a ADT Security Services, Inc., a subsidiary of Tyco International, Ltd.; and Amed Villa* ("State Court Action").

6813347 v1

True and correct copies of all process and pleadings served upon or by TycoIS are attached hereto as **Exhibit A,** and incorporated herein by reference.

2.      Plaintiffs seek to recover a money judgment for alleged damages suffered as a result of a January 24, 2010 burglary of the Federal Warehouse Company warehouse located at 200 National Road in East Peoria, Illinois, and resulting theft of Lorillard's inventory/property. Plaintiffs have made claims of negligence against TycoIS. *See* **Exhibit A,** Complaint.

3.      TycoIS first received notice of Plaintiffs' action by service effected by a process server of a copy of the Summons and Complaint on or about January 28, 2015. *See* **Exhibit A,** Service of Process Transmittal.

4.      This Notice of Removal is filed timely. Pursuant to 28 U.S.C. § 1446(b), the notice is filed within thirty (30) days of receipt of other paper "from which it may first be ascertained that the case is one which is or has become removable."

5.      Pursuant to 28 U.S.C. §§ 1332 and 1367, there is complete diversity between Plaintiffs and TycoIS, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.      The State Court Action could have been originally filed in this Court, pursuant to 28 U.S.C. §§ 1332 and 1367, in that complete diversity of citizenship exists between Plaintiffs and TycoIS, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. This Court has subject matter jurisdiction over this civil action and removal is proper pursuant to 28 U.S.C. §§ 1332 and 1441.

7.      Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Northern District of Illinois, Eastern District (Chicago), is the district and division within which the State Court Action is pending.

6813347 v1

## DIVERSITY OF CITIZENSHIP

8.　　Complete diversity of citizenship exists between Plaintiffs and TycoIS.

9.　　Lorillard is a Delaware corporation, with its principal place of business in North Carolina. *See* **Exhibit A**, Complaint at ¶ 2.

10.　　FMIC is a Rhode Island corporation, with its principal place of business in Rhode Island. *See* **Exhibit A**, Complaint at ¶ 3.

11.　　TycoIS is a limited liability company ("LLC"). The citizenship of an LLC is determined by the citizenship of its members. *Belleville Catering Co. v. Champaign Mkt. Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003) ("limited liability companies are citizens of every state of which any member is a citizen"). TycoIS's sole member is Tyco Fire & Security US Holdings LLC, and that entity's sole member is Tyco Fire & Security (US) Management, Inc., which is a Nevada corporation with its principal place of business in Princeton, New Jersey. Accordingly, TycoIS is a citizen of Nevada and New Jersey. TycoIS is not, and was not at the time of the filing, a citizen of the State of Illinois within the meaning of the Acts of Congress relating to the removal of actions. 28 U.S.C. § 1332(c)(1).

12.　　Defendant Amed Villa ("Villa") has not been served as of the date of this filing. Upon information and belief, Villa is a resident of Florida and a citizen of Cuba. *See* **Exhibit A**, Complaint at ¶ 7.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

13.　　Plaintiffs state claims for compensatory damages in the amount of $4,328,769.00. (*See* **Exhibit A**, Complaint.)

14.　　Thus, Plaintiffs' claim for damages exceeds the requisite amount in controversy for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

3

6813347 v1

## THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

15. A petition to remove by one defendant must explain why other defendants did not join in the petition. *Shaw v. Dow Brands, Inc.,* 994 F.2d 364, 368 (7th Cir.1993). The absence of consent by a defendant is excusable where that defendant has not been served when the removal petition was filed. *Shaw,* 994 F.2d at 365. As of the date of this filing, Villa has not been served with notice of the filing of this lawsuit. This was confirmed through a letter sent on February 18, 2015 to the attorney representing Villa in his separate criminal proceeding in Connecticut Federal Court. *See* **Exhibit B**, Letter Scott to Einhorn. Since TycoIS has checked the docket and attempted to contact Villa regarding his notice of this lawsuit, his failure to consent in this removal is excusable.

16. All served parties are being provided with a written notice of the filing of this Notice of Removal and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Cook County, Illinois, Law Division, as provided by law.

17. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

18. The allegations of this Notice are true and correct and within the jurisdiction of this Court, and this cause is removable to this Court.

19. If any question arises as to the propriety of the removal of this action, TycoIS respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

WHEREFORE, Defendant TycoIS desires to remove this case to the United States District Court for the Northern District of Illinois, Eastern Division (Chicago), being the district and division of said Court for the County in which said action is pending, and prays that the filing of this Notice of Removal shall effect the removal of said suit to this Court.

Dated this 25th day of February, 2015.

4

6813347 v1

5

Respectfully submitted,

MULHERIN, REHFELDT & VARCHETTO, P.C.

By: /s/ Marcelline DeFalco
    Marcelline DeFalco
    Illinois Bar No. 6239235
    211 South Wheaton Avenue
    Suite 200
    Wheaton, IL 60187
    Telephone: 630-653-9300
    Facsimile: 630-653-9316
    mdefalco@mrvlaw.com

*Attorneys for Defendant*
*Tyco Integrated Security LLC, f/k/a*
*ADT Security Services, Inc.*

6813347 v1

Case: 1:15-cv-01684 Document #: 1 Filed: 02/25/15 Page 6 of 6 PageID #:6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that one copy of the foregoing was sent via electronic and U.S. Mail this 25ᵗʰ day of February, 2015, upon all counsel of record, as follows:

Thomas A. Smith
SENAK KEEGAN GLEASON SMITH & MICHAUD, LTD.
621 South Plymouth Court
Suite 100
Chicago, IL  60605
Telephone:  312-214-1400
Facsimile:  312-214-1401
tsmith@skgsmlaw.com

*Attorneys for Plaintiffs*
*Lorillard Tobacco Company; and*
*Factory Mutual Insurance Company, as Subrogee*

/s/ Marcelline DeFalco
Marcelline DeFalco

6